IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:07CV204-1-MU

| | |
|---|---|
| LARRY DONNELL HARBISON,    ) | |
| ) | |
| Plaintiff,    ) | |
| ) | |
| v.    ) | **O R D E R** |
| ) | |
| SHANE BROWN, et al.,    ) | |
| ) | |
| Defendants.    ) | |
| _____) | |

**THIS MATTER** comes before the Court for initial review upon Plaintiff's Complaint pursuant to 42 U.S.C. § 1983 (Document # 1), filed June 4, 2007.

After a careful review of the record, the Court finds that Defendants should file an answer detailing Plaintiff's allegations and responding to each.

**IT IS THEREFORE ORDERED THAT** the Clerk shall issue summons and deliver it forthwith to the U. S. Marshal who will make service of process without additional cost.

Signed: June 12, 2007

Graham C. Mullen
United States District Judge