UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:07 CV 204

| | |
|---|---|
| LARRY DONNELL HARBISON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SHANE BROWN, SAM CRUMP, ) <br> RICHARD HEAD, OFFICER DEAL) <br> OFFICER ROBINSON, ) <br> ) <br> Defendants. ) <br> _____) | **ORDER** |

THIS MATTER comes before the Court on Defendants' Motion to Accept Defendants' Answer out of Time.

For good cause shown, this Court HEREBY GRANTS Defendants' motion to accept the answer out of time.

Signed: July 18, 2007

Graham C. Mullen
United States District Judge