IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:07CV204-1-MU

| | | |
|---|---|---|
| LARRY DONNELL HARBISON, | ) | |
| Plaintiff, | ) | |
| v. | ) | **O R D E R** |
| SHANE BROWN, et al., | ) | |
| Defendants. | ) | |

**THIS MATTER** comes before the Court upon its own motion.

Plaintiff filed a Complaint on June 4, 2007. Defendants have filed an Answer to Plaintiff's Complaint. If either party wishes to file a dispositive motion it must be filed with this Court within sixty days of the filing of this Order.

**THEREFORE, IT IS HEREBY ORDERED** that all dispositive motions must be filed with the Court within sixty days of the filing of this Order.

Signed: July 30, 2007

Graham C. Mullen
United States District Judge