UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:07CV204-1-MU

| | |
|---|---|
| LARRY D. HARBISON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SHANE BROWN, et al., )<br>)<br>Defendants. )<br>_____) | **O R D E R** |

**THIS MATTER** is before the Court on Plaintiff's Motion for Reconsideration (Doc. No. 20), filed August 28, 2007.

On July 30, 2007, Plaintiff filed a Motion to Appoint Counsel. On August 15, 2007, this Court, noting that appointment of counsel in civil cases is discretionary and should only be appointed in exceptional circumstances, denied Plaintiff's motion. Plaintiff has asked this Court to reconsider its ruling. For the reasons already stated, this Court does not believe Plaintiff's case presents such exceptional circumstances so as to warrant the appointment of counsel.

**THEREFORE IT IS HEREBY ORDERED** that Petitioner's Motion for Reconsideration is **DENIED**.

Signed: October 25, 2007

Graham C. Mullen
United States District Judge