IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:07CV204-1-MU

| | |
|---|---|
| LARRY DONNELL HARBISON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SHANE BROWN, et al., )<br>)<br>Defendants. )<br>_____) | **O R D E R** |

**THIS MATTER** comes before the Court upon its own motion.

After reviewing the case file, this Court has determined that it would be helpful to review Plaintiff's relevant medical records before issuing a ruling in this case. Consequently, this Court orders Defendants to obtain from the proper custodians at the Burke-Catawba Detention Facility and the North Carolina Department of Corrections all of Plaintiff's medical records from April 26, 2007, up to and including April 26, 2008. In particular, Defendants are to produce any medical records or other documentation in these custodians' possession relating to a visit by Plaintiff to an outside doctor that Plaintiff alleges occurred on April 27, 2007.

**IT IS THEREFORE ORDERED THAT** within thirty days (30) of the date of this Order, Defendants are directed to obtain from the proper custodians at the Burke-Catawba Detention Facility and the North Carolina Department of Corrections copies of Plaintiff's medical

records from April 26, 2007, up to and including April 26, 2008. Defendant shall then send copies of such documents to the Court and to Plaintiff.

Signed: June 15, 2009

Graham C. Mullen
United States District Judge