# United States District Court
# For The Western District of North Carolina
# Asheville Division

LARRY DONNELL HARBISON,,

    Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                          1:07cv204

SHANE BROWN; SAM CRUMP;
RICHARD HEAD; OFFICER DEAL;
and OFFICER ROBINSON,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 28, 2010 Order.

Frank G. Johns, Clerk
United States District Court